IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| NIANTIC, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  20-mc-00002-SNLJ |
| | ) | |
| v. | ) | |
| | ) | Subpoena relating to Civil Action No. 19-cv-03425 |
| GLOBAL++, et al., | ) | (Pending in the U.S. District Court for the Northern |
| | ) | District of California) |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF MISCELLANEOUS ACTION

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c),

1.      Movant Matthew Johnson hereby withdraws his Motion to Quash (Dkt.1) and voluntarily

dismisses this Miscellaneous Action.  Niantic, Inc. has withdrawn the subpoena that was the subject of the

Motion to Quash, rendering this Miscellaneous Action moot.  No party has served any responsive pleading or

motion, and no evidence has been introduced in this matter.  Accordingly, this Miscellaneous Action is subject

to voluntary dismissal without a court order in accordance with Rule 41(a)(1)(A)(i) and 41(c).


/s/ John F. Scott

SO ORDERED this 6th day of February, 2020

_____
John F. Scott  -  #46087MO

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

THE SCOTT LAW GROUP, LLC
357 North Main St. / P.O. Box 1288
Poplar Bluff, MO  63901
(573)-785-4688
(573)-785-3197  Fax\
jfs@semol.net

ATTORNEY FOR MOVANT
MATTHEW JOHNSON

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 5th day of February, 2020.  Notice of this filing will be sent to the all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.


/s/ John F. Scott

_____

John F. Scott